12 A.3d 205

IN THE MATTER OF VINCENT J. MILITA, II, AN ATTORNEY AT LAW, (ATTORNEY NO. 004281980).

February 15, 2011.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–205, that **VINCENT J. MILITA, II,** of **MARMORA,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client informed about status of matter), and *RPC* 1.5(b) (failure to provide written retainer), and good cause appearing;

It is ORDERED that **VINCENT J. MILITA, II,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.